# CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE

Andrew McGuire ("Mr. McGuire") filed a civil action on February 14, 2023, against the City of Kansas City, Missouri ("the City") claiming a violation of his constitutional rights. Mr. McGuire and the City (collectively "the Parties"), wishing to settle and resolve their differences without any further proceedings, investigation, litigation, or appeal, do hereby agree and stipulate to the following terms and conditions:

1. [redacted]

2. [redacted]

3. [redacted]

4. Mr. McGuire agrees to dismiss all claims set forth in *Andrew McGuire v. Quinton Donald Lucas, Mayor of the City of Kansas City, Missouri*, Case Number 4:23-cv-00107, filed in the United States District Court, Western District of Missouri, and any and all other claims he may have or had or could have arisen as of the date this agreement was executed against the City or its current or former employees, officials, agents, and representatives, with prejudice.

[redacted]

5. [redacted]

6. [redacted]

7. [redacted]

[redacted]

8. [redacted]

[redacted]

9. [redacted]

10. [redacted]

11. [redacted]

12. [redacted]

**I HAVE CAREFULLY READ THIS CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE AND, UNDERSTANDING ALL OF ITS TERMS, SIGN IT OF MY FREE WILL.**

| | |
|---|---|
| **Andrew McGuire:**<br><br>Date: April 8 2024 | **City of Kansas City, Missouri:**<br><br>By: ______________________<br>City Attorney<br><br>Date: 4/8/24 |
| Approved as to form:<br><br>______________________<br>Assistant City Attorney<br><br>Date: April 8, 2024 | [redacted] |